IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIAM THOMAS CRANE,       )
                            )
    Petitioner,             )
                            )     CIVIL ACTION NO.
    v.                      )      2:16cv399-MHT
                            )           (WO)
UNITED STATES OF AMERICA,   )
                            )
    Respondent.             )
```

ORDER

Upon consideration of petitioner's motion for clarification and "more definite statement" (doc. no. 17), it is ORDERED that the motion is granted to the following extent.  Document number 5 is the document, submitted by petitioner, titled "Defense Objection to Order of the Court."  Document number 7 is the document, submitted by petitioner, titled "Defense Objection to Order of the Court and Request for Review by Chief District Judge."  The court overruled these objections because the United States Magistrate Judge has committed no fraudulent action or other legal error; instead, the magistrate judge has handled this

case according to well-established law.  Furthermore, petitioner has no right to have this case reviewed by the Chief United States District Judge.

DONE, this the 24th day of January, 2017.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**