IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM THOMAS CRANE,<br><br>　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Respondent. | )<br>)<br>)<br>)　CIVIL ACTION NO.<br>)　　2:16cv399-MHT<br>)　　　　(WO)<br>)<br>)<br>) |

OPINION

Petitioner, a federal inmate, filed this lawsuit seeking habeas relief, and the court construed it as a petition under 28 U.S.C. § 2255. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of November, 2018.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**